# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS ADMINISTRATION, as
Receiver for PROSPERO VENTURES, L.P.,

        Plaintiff,

V.

JOHN M. SLOANE,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-03739 EDL

E-filing

TO: (Name and address of defendant)
JOHN M. SLOANE
20 Stanley Place
Hyannis, MA 02601-4616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Arlene P. Messinger, Esq. | Darryl J. Horowitt, Esq. |
| U.S. Small Business Administration | Coleman & Horowitt, LLP |
| Receiver for Prospero Ventures, L.P. | 499 West Shaw, Suite 116 |
| 409 Third Street, S.W., 7th Floor | Fresno, CA 93704 |
| Washington, DC 20416 | |

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

[signature]

(BY) DEPUTY CLERK

DATE   JUL 19 2007

NDCA0440

**RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Northern District District of California

Case Number: C07-03739-EDL

Plaintiff:
**U.S. Small Business Administration, Receiver for Prospero Ventures, L.P.**

vs.

Defendant:
**John M. Sloane**

Received by MASS CONSTABLE SERVICE to be served on **JOHN M. SLOANE, 20 Stanley Place, Hyannis, MA 02601-4616**.

I, James A. Carey, do hereby affirm that on the **13th day of August, 2007** at **5:00 pm**, I:

Served a true and attested copy of the **USDC Summons; Complaint; Order Setting Initial CMC and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Plaintiff's Consent to Proceed Before a United States Magistrate Judge; Filing Guidelines; EFC Registration Informational Handout; ADR Certification by Parties and Counsel; Instructions for Completion of ADR Forms; Notice of Need for ADR Phone Conference; Notice of Need for Mediation; Stipulation and Proposed Order Selecting ADR Process; and ADR Dispute Resolution Procedures Handbook** to John M. Sloane in the following manner, by delivering in hand to **John M. Sloane**. Said service was made at **20 Stanley Place, Hyannis, MA 02601-4616**.

I certify that I am over the age of 18, have no interest in the above action.

James A. Carey
Constable/Disinterested Person

**MASS CONSTABLE SERVICE**
**1004 Pheasant Lane**
**Middleboro, MA 02346**
**(508) 946-6914**

Our Job Serial Number: 2007001762
Ref: 1875.01

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i