UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.
                Plaintiff(s),

v.

JOHN M. SLOANE

                Defendant(s).

Case No. C07-03739 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 2, 2007

*[signature]* P.R. Ag. FOR RECEIVER
[Party]
BRIAN S. STERN
Principal Agent for the Receiver

Dated: October 2, 2007

*[signature]*
[Counsel]
DARRYL J. HOROWITT

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

I attest that concurrence in the filing of this document has been obtained from Brian S. Stern.

*[signature]*
DARRYL J. HOROWITT

Rev. 12/05                                                    NDC-17A