**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 04-04351 SBA**      **United States of America v. Prospero Ventures, L.P.**

**C 07-03732 MEJ**      **U.S. Small Business Administration -v- Jane C. Sloane**

       **I find that the above case is related to the case assigned to me. _____**

**C 07-03733 JL**      **U.S. Small Business Administration v. Insenser et al**

       **I find that the above case is related to the case assigned to me. \_\_X\_\_\_\_**

**C 07-03735 JL**      **U.S. Small Business Administration v. High Growth Management, Ltd.**

       **I find that the above case is related to the case assigned to me. \_\_X\_\_\_\_**

**C 07-03736 EMC**      **U.S. Small Business Administration v. Jarrat Enterprises Limited Partnership**

       **I find that the above case is related to the case assigned to me. \_\_X\_\_\_\_**

**C 07-03737 SI**      **U.S. Business Administration v. Murphy**

       **I find that the above case is related to the case assigned to me. \_\_X\_\_\_\_**

**C 07-03738 JCS**      **U.S. Small Business Administration v. Rainbow Enterprises, L.P.**

       **I find that the above case is related to the case assigned to me. \_\_X\_\_\_\_**

**C 07-03739 EDL**      **U.S. Small Business Administration v. Sloane**

                                                                                             X

**I find that the above case is related to the case assigned to me. _____**


**C 07-03740 BZ**      **U.S. Small Business Administration v. Luzon Investments, Ltd.**

    X

**I find that the above case is related to the case assigned to me. _____**


**C 07-03741 JCS**      **U.S. Business Administration v. Emery**

    X

**I find that the above case is related to the case assigned to me. _____**

### ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.


Dated:_____      _____

                                         Judge Saundra B. Armstrong

          November 27, 2007
Dated:_____      _____

                                         Magistrate Judge Maria-Elena James


Dated:_____      _____

                                         Magistrate Judge James Larson


Dated:_____      _____