**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., | No. C 07-3732 MEJ<br>Related Cases<br>    No. C 07-3733 MEJ |
| Plaintiff(s), | No. C 07-3735 MEJ<br>No. C 07-3736 MEJ |
| vs. | No. C 07-3737 MEJ<br>No. C 07-3738 MEJ |
| JANE C. SLOANE, | No. C 07-3739 MEJ<br>No. C 07-3740 MEJ |
| Defendant(s).                         / | No. C 07-3741 MEJ |
| AND RELATED CASES<br>                                                        / | **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge

because either:

_____  (1)  One or more of the parties has requested reassignment to a United States District Judge, or

___X___  (2)  One or more of the parties has sought  a kind of judicial action that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____  (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

 Dated: December 13,  2007

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk