**United States District Court**
For the Northern District of California

1

2                      IN THE UNITED STATES DISTRICT COURT

3

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   U.S. SMALL BUSINESS                    No.  C 07-3732  VRW
    ADMINISTRATION, as Receiver for Prospero    **Related Cases:**
    Ventures, L.P.,                         C07-3733, C07-3735, C07-3736, C07-3737,
7                                           C07-3738, C07-3739, C07-3740 and
                  Plaintiff,                C07-3741
8
         v.                                 **CLERK'S NOTICE**
9
    JANE C. SLOANE, et al.,
10
                  Defendant.
11   _____/

12   AND RELATED CASES
     _____/
13

14   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the

15   Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

16

17        YOU ARE NOTIFIED THAT a Case Management Conference has been scheduled for

18   the above related cases  **on Thursday, January 10, 2008 at 3:30 p.m.**   To prepare for the

19   conference, the parties shall review and comply in all respects with the requirements of Civil L.R.

20   16-9 & L.R. 16-10.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue,

21   San Francisco, California.

22   Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable

23   to reach a stipulation, the requesting party shall submit an exparte application with a proposed

24   order.

25   Dated: December 26, 2007

26                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
27
                                            *Cora Klein*
28                                          By: _____
                                            Cora Klein, Courtroom Deputy Clerk to
                                            Chief Judge Vaughn Walker