1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**Northern District of California**

U.S. Small Business Administration,

               Plaintiff(s),

     v.

John Sloane,

            Defendant(s).

No. C 07-03739 MEJ MED

**Certification of ADR Session**

_**Instructions**_: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1.   I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _February 26-27, 2008_

2.   Did the case settle?    ☐ fully    ☐ partially    ☒ no

3.   If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

4.   **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: _February 28, 2008_          _[signature]_

                                   Mediator, James Barber
                                   Attorney at Law
                                   55 Amigo Lane
                                   Walnut Creek, CA 94596

United States District Court
Northern District of California

**Certification of ADR Session**
07-03739 MEJ MED