1  ARLENE P. MESSINGER
   Assistant General Counsel for SBIC Enforcement
2  U.S. Small Business Administration
   Receiver for Prospero Ventures, L.P.
3  409 Third Street, S.W., 7th Floor
   Washington, DC 20416
4  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
5
   DARRYL J. HOROWITT #100898
6  CHRISTINE J. LEVIN #192181
   COLEMAN & HOROWITT, LLP
7  Attorneys at Law
   499 West Shaw, Suite 116
8  Fresno, California 93704
   Telephone: (559) 248-4820
9  Facsimile: (559) 248-4830

10 Attorneys for Plaintiff,
   U.S. SMALL BUSINESS ADMINISTRATION,
11 as Receiver for PROSPERO VENTURES, L.P.

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15 | U.S. SMALL BUSINESS                | NO.  C 07-03739 VRW                |
   | ADMINISTRATION, as Receiver for    | **Related Cases:**                 |
16 | PROSPERO VENTURES, L.P.,           | C 07-03733, C 07-03735,            |
   |                                    | C 07-03736, C 07-03737, C 07-03738,|
17 |              Plaintiff,            | C 07-03740, C 07-03741             |
   |                                    |                                    |
18 |     v.                             | **NOTICE OF NO OPPOSITION TO**     |
   |                                    | **PLAINTIFF'S MOTION TO STRIKE**   |
19 | JOHN SLOANE,                       | **AFFIRMATIVE DEFENSES**           |
   |                                    |                                    |
20 |              Defendant.            | Date: May 8, 2008                  |
   |                                    | Time: 2:30 p.m.                    |
21 |                                    | Ctrm: 6, 17th Floor                |
   |                                    |                                    |
22 |                                    | Date Complaint Filed: July 19, 2007|
   |                                    | Trial Date: Not yet set            |
23 |                                    |                                    |

24       TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

25 ATTORNEYS OF RECORD:

26 ///

27 ///

28 ///

                                        1

Please take notice that no opposition has been filed to Plaintiff's Motion to Strike Affirmative Defenses.

Dated: April 21, 2008

Respectfully submitted,

COLEMAN & HOROWITT, LLP

By: _____/S/_____
CHRISTINE J. LEVIN
Attorneys for Plaintiff,
U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.

## PROOF OF SERVICE

I declare that I am a citizen of the United States of America and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On April 21, 2008, I served the foregoing document(s) described as **NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** on the interested parties, addressed as stated on the attached service list.

[x]  BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[x]  BY CALIFORNIA OVERNIGHT - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]   BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]   BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated on the attached service list.

[]   STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x]  FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on April 21, 2008, at Fresno, California.

_Lisa R. Barr_
Lisa R. Barr

**Service List**

**Via Mail and Electronic Mail:**

Bruce A. Singal, Esq.
Donoghue Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108-3113
E-Mail: bsingal@dbslawfirm.com

Attorneys for Defendants

**Via California Overnight:**

**Chambers Copies**

Hon. Vaughn R. Walker
U.S. District Court, Northern District
450 Golden Gate Avenue
17th Floor, Court Room 6
San Francisco, CA 94102