JOHN O'CONNOR
O'Connor & Associates
One Embarcadero Center, Suite 1020
San Francisco, CA  94111
Telephone:  415-693-9960
Facsimile:  415-981-0222

BRUCE A. SINGAL
DAMIEN C. POWELL
Donoghue, Barrett & Singal, P.C.
One Beacon Street
Boston, MA  02108
Telephone:  (617) 720-5090
Facsimile:  (617) 720-5092

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P,  Plaintiff,  v.  JOHN M. SLOANE,  Defendant. | CASE NO.  07-03739 VRW  Related Cases: C07-03732-VRW; C07-03736-VRW; C07-03737-VRW; C07-03738-VRW; C07-03741-VRW  **OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE, OR, ALTERNATIVELY MOTION FOR JUDGMENT ON PLEADINGS**  [Filed concurrently with Memorandum of Points, and Proposed Order]  Date of Hearing:  May 8, 2008 Time: 2:30 p.m. Ctrm: 6, 17th Floor |

Defendant John M. Sloane opposes the Plaintiff's Motion to Strike Affirmative Defenses, or, Alternatively for Judgment on the Pleadings.

1

1    In support of this Opposition, Defendant relies on the accompanying Memorandum of

2  Points of Authorities and any arguments which may be presented at the hearing on this matter.

3

4

5  Dated:  April 22, 2008                    DONOGHUE, BARRETT & SINGAL, P.C.

6                               By:    /s/ Damien C. Powell
                                      Damien C. Powell
7                                      Attorney for Defendant
                                      Appearance Pro Hac Vice
8

9
                                      O'CONNOR & ASSOCIATES
10                                     John O'Connor
                                      Attorney for Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                **PROOF OF SERVICE**

3

4          I, Damien C. Powell, admitted *pro hac vice* in the United States District Court, Northern
        District of California, declare:

5
           I am a citizen of the United States of America and a resident of the Commonwealth of
6        Massachusetts.  I am over the age of eighteen (18) years.  My business address is Donoghue,
        Barrett & Singal, P.C., 1 Beacon Street, Boston MA 02108.  The business address of John
7        O'Connor, Esq., the local counsel to the defendant, is One Embarcadero Center, Suite 1020, San
        Francisco, California 94111.
8

9          On April 22, 2008, I served the foregoing document(s) described as **OPPOSITION TO
        PLAINTIFF'S MOTION TO STRIKE, OR, ALTERNATIVELY MOTION FOR
10       JUDGMENT ON PLEADINGS** on the interested parties, at the addresses as stated below.

11
        **Via First Class Mail:**
12
        **Arlene P. Messinger**
13       US Small Business Administration
        409 3rd Street, SW, 7th Floor
14       Washington, DC 20416
        202-205-6857
15

16      **Via Electronic Mail:**

17
        **Christine Jean Levin**
18       Coleman & Horowitt, LLP
        499 W. Shaw Avenue
19       Suite 116
        Fresno, CA 93704
20       559-248-4820
        Email: clevin@ch-law.com
21

22      **Darryl J. Horowitt**
        Coleman & Horowitt, LLP
23       Attorneys at Law
        499 West Shaw Avenue
24       Suite 116
        Fresno, CA 93704
25       559-248-4820
        Fax: 559-248-4830
26       Email: dhorowitt@ch-law.com
27

28

                                                                                    3

1

**Via Federal Express Overnight:**

2

Hon. Vaughn R. Walker

3    U.S. District Court, Northern District
450 Golden Gate Avenue

4    San Francisco, CA 94102

5
        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

6    April 22, 2008, in Boston, Massachusetts.

7

8

9
                                            _____

10                                            Damien C. Powell

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4