JOHN O'CONNOR
O'Connor & Associates
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: 415-693-9960
Facsimile: 415-981-0222

BRUCE A. SINGAL
DAMIEN C. POWELL
Donoghue, Barrett & Singal, P.C.
One Beacon Street
Boston, MA 02108
Telephone: (617) 720-5090
Facsimile: (617) 720-5092

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P, <br><br> Plaintiff, <br><br> v. <br><br> JOHN M. SLOANE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CASE NO. 07-03739 VRW

Related Cases:
C07-03732-VRW; C07-03736-VRW;
C07-03737-VRW; C07-03738-VRW;
C07-03741-VRW

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO STRIKE, OR, ALTERNATIVELY MOTION FOR JUDGMENT ON PLEADINGS**

[Filed concurrently with Opposition to Motion, and Memorandum of Points]

Date of Hearing: May 8, 2008
Time: 2:30 p.m.
Ctrm: 6, 17th Floor

The matter came before the Court on May 8, 2008, upon the Plaintiff's Motion to Strike Affirmative Defenses, or, Alternatively for Judgment on the Pleadings.

1

1

2

3

4    After considering the moving papers of the parties and hearing arguments regarding the same, IT IS HEREBY ORDERED THAT the Plaintiff's Motion to Strike Affirmative Defenses, or, Alternatively Motion for Judgment on the Pleadings is DENIED.

5

6    Dated: _____

7

8

9                              _____
                               UNITED STATES DISTRICT JUDGE
10                             HON. VAUGHN R. WALKER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# PROOF OF SERVICE

I, Damien C. Powell, admitted *pro hac vice* in the United States District Court, Northern District of California, declare:

I am a citizen of the United States of America and a resident of the Commonwealth of Massachusetts. I am over the age of eighteen (18) years. My business address is Donoghue, Barrett & Singal, P.C., 1 Beacon Street, Boston MA 02108. The business address of John O'Connor, Esq., the local counsel to the defendant, is One Embarcadero Center, Suite 1020, San Francisco, California 94111.

On April 22, 2008, I served the foregoing document(s) described as **[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO STRIKE, OR, ALTERNATIVELY MOTION FOR JUDGMENT ON PLEADINGS** on the interested parties, at the addresses as stated below.

**Via First Class Mail:**

**Arlene P. Messinger**
US Small Business Administration
409 3rd Street, SW, 7th Floor
Washington, DC 20416
202-205-6857

**Via Electronic Mail:**

**Christine Jean Levin**
Coleman & Horowitt, LLP
499 W. Shaw Avenue
Suite 116
Fresno, CA 93704
559-248-4820
Email: clevin@ch-law.com

**Darryl J. Horowitt**
Coleman & Horowitt, LLP
Attorneys at Law
499 West Shaw Avenue
Suite 116
Fresno, CA 93704
559-248-4820
Fax: 559-248-4830
Email: dhorowitt@ch-law.com

1

2

**Via Federal Express Overnight:**

3

Hon. Vaughn R. Walker

4
U.S. District Court, Northern District
450 Golden Gate Avenue

5
San Francisco, CA 94102

6

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on

7
April 22, 2008, in Boston, Massachusetts.

8

9

10

                                _____

11
                                Damien C. Powell

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4