IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP,<br><br>    Plaintiff,<br><br>    v<br><br>JANE C SLOANE,<br><br>    Defendant.<br>_____/ | No   C 07-3732   VRW<br><br>Related Cases:<br>    07-3736<br>    07-3737<br>    07-3738<br>    07-3739<br>    07-3741<br><br>ORDER |

Defendants' motions for an extension through April 22, 2008, to file an opposition to plaintiff's motion to strike affirmative defenses is GRANTED.  See Doc ##36, 40.

The clerk is directed to docket each of the oppositions filed in the six above-captioned cases.

Plaintiff shall submit a reply to defendants' oppositions by May 2, 2008.  Further, the reply shall state whether the issues in each of the six motions to strike are identical.

The hearing on plaintiff's motions to strike, currently scheduled for May 8, 2008, shall be reset to June 5, 2008, at 2:30 pm or such later date as the parties arrange with the court's deputy, Ms Cora Delfin-Klein, who may be reached at (415) 522-2039.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge