**Exhibit A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN M. SLOANE,<br><br>　　　　　Defendant. | CASE NO. 07-03739 VRW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND MOTION FOR JUDGMENT ON THE PLEADINGS |

　　　This Court, having read and considered the moving papers in this matter, makes the following finding:

　　　1.　　Defendant's Application for Continuance of Hearing on Plaintiff's Motion to Strike Affirmative Defenses and Motion for Judgment on the Pleadings is Granted.

　　　2.　　The hearing on Plaintiff's Motion to Strike Affirmative Defenses and Motion for Judgment on the Pleadings is rescheduled for June 19, 2008 at 2:30 PM.


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Chief Judge Vaughn R Walker
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Northern District of California

Dated: _____