**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  August 7, 2008

**C07-3739 VRW**

US SBA as Receiver for Prospero Ventures LP  **v**  John M Sloane

Attorneys : For Plaintiff(s):   Darryl Horowitt

For Defendant(s):   Bradley Kaplan

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:

RULING:

1. 
2. 
3. 

Case Management Conference and report to the court the status of the settlement- Held.

Plaintiff's counsel informed the court that the matter has been resolved and the parties' will be filing stipulation for dismissal.